IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DON MERCELEANY R. MAXWELL/"G"-DOFFEE,
ADC #108778, et al.                                                                    PLAINTIFFS

4:09CV00321JMM/HLJ

STATE OF ARKANSAS, et al.                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice except for the claims related to the mail policy against defendants Payne, Hobbs, and Norris which are dismissed without prejudice.   The relief sought is denied.

IT IS SO ADJUDGED this   10   day of  June , 2009.

_____
UNITED STATES DISTRICT JUDGE